IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ANIEL | No. C 12-03794 JSW |
| | **ORDER TO SHOW CAUSE** |
| _____/ | |

On July 20, 2012, the Apellants filed a Notice of Appeal from the Bankruptcy Court. Appellants filed their opening brief on September 27, 2012. Pursuant to the Scheduling Order issued on July 20, 2012, Appellee's brief was due on October 18, 2012. Appellee has not filed a brief. Accordingly, Appellee is HEREBY ORDERED TO SHOW CAUSE why the Court should not treat the appeal as unopposed. If Appellee seeks to belatedly file an opposition brief, she must show good cause for that request.

Appellee's response to this Order to Show Cause shall be due by no later than November 16, 2012. If Appellee fails to file a response to this Order to Show Cause by that date, or fails to file a request to file a belated opposition brief, the Court shall decide the appeal on the existing record.

**IT IS SO ORDERED.**

Dated: November 1, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE