1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE ANIEL                                   No. C 12-03794 JSW

**ORDER TO APPELLANTS TO
SHOW CAUSE**

_____/

On July 20, 2012, the Apellants filed a Notice of Appeal from the Bankruptcy Court.
Appellants filed their opening brief on September 27, 2012. Pursuant to the Scheduling Order
issued on July 20, 2012, the designated Appellee's brief was due on October 18, 2012. On
November 1, 2012, the Court issued an Order directing the designated Appellee to show cause
why the Court should not treat the appeal as unopposed. On November 15, 2012, the
designated Appellee - the Chapter 7 Trustee - filed a response to the Order to Show Cause, in
which she advises the Court that she is not a real party in interest and was erroneously
designated as the Appellee.

Having considered that response, the Court HEREBY ORDERS the Appellants to show
cause why their appeal should not be dismissed for failing to properly designate the appellants.
_See_ Fed. Bank. R. Pro. 8001(a)(2). Appellants' response to this Order to Show Cause shall be
due by no later than December 7, 2012.

**IT IS SO ORDERED.**

Dated: November 16, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE