IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE ANIEL                             No. C 12-03794 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING APPELLANTS TO SERVE**

       On July 20, 2012, the Apellants filed a Notice of Appeal from the Bankruptcy Court. Appellants filed their opening brief on September 27, 2012. Pursuant to the Scheduling Order issued on July 20, 2012, the designated Appellee's brief was due on October 18, 2012. On November 1, 2012, the Court issued an Order directing the designated Appellee to show cause why the Court should not treat the appeal as unopposed. On November 15, 2012, the designated Appellee - the Chapter 7 Trustee - filed a response to the Order to Show Cause, in which she advises the Court that she is not a real party in interest and was erroneously designated as the Appellee.

       The Court then issued an Order to Appellants to show cause why their appeal should not be dismissed for failing to properly designate the appellants. *See* Fed. Bank. R. Pro. 8001(a)(2). The Court has considered Appellants' timely response, and it DISCHARGES the Order to Show Cause. The Court shall not dismiss the appeal. However, it does appear from the record that the entities listed in the "Court Service List" attached to Appellants' Motion to Vacate Sua Sponte Order on Certification of Discharge and the Bankruptcy Court's Orders would be interested parties to this appeal. (*See* AA43-AA52.) Accordingly, Appellants are HEREBY ORDERED to serve a copy of their Notice of Appeal, their opening brief, and this Order on each of those entities by January 18, 2012.

Any opposition to Appellants' brief shall be due by February 19, 2013, and the Court strongly encourages a joint opposition brief. If any party seeks to extend this deadline, they must file a request demonstrating good cause for an extension by February 12, 2013.

Appellants' may file a combined reply brief by no later than March 21, 2013. If Appellants seek to extend this deadline, they must file a request demonstrating good cause by no later than March 14, 2013.

If the Court does not receive any opposition by February 19, 2013, or if it does not receive a request to extend the time to file an opposition by February 12, 2013, it shall treat the matter as submitted an issue a ruling in due course.

**IT IS SO ORDERED.**

Dated: January 2, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE